UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT MERCER,

                                Plaintiff,

                -against-

WESTCHESTER MEDICAL CENTER,

                                Defendant.

21-CV-8268 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

        Plaintiff brings this action *pro se*. By order dated November 29, 2021, the Court directed

Plaintiff to file an amended complaint within 60 days. (ECF 4.) On December 22, 2021, the

Court received Plaintiff's request for a 30-day extension of time. (ECF 5.) Plaintiff's request for

an extension of time is **GRANTED**. Plaintiff is directed to file his amended complaint within 60

days from the date of this order. If Plaintiff fails to comply within the time allowed, the action

will be dismissed for the reasons set forth in the November 29, 2021 order.

        The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on

the docket.

SO ORDERED.

Dated:    December 27, 2021
          New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge